**WO**                                                                                                    SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Skinner, | No. CV 06-1879-PHX-SMM (ECV) |
| Plaintiff, | **ORDER FOR PAYMENT** |
| vs. | **OF INMATE FILING FEE** |
| Dora Schriro, et al., | |
| Defendants. | |

**TO: THE DIRECTOR OF THE ARIZONA DEPARTMENT OF CORRECTIONS.**

Plaintiff James Skinner, #193387, who is confined in the Arizona State Prison Complex-Eyman, SMU I, in Florence, Arizona, has been assessed the $350.00 statutory filing fee. Plaintiff must first pay an initial partial filing fee of $11.40. Thereafter, Plaintiff must incrementally pay the balance of the fee in monthly payments equal to 20% of the preceding month's income credited to Plaintiff's trust account. The Director of the Arizona Department of Corrections or her designee must collect these payments each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1) The Director of the Arizona Department of Corrections or her designee must forward to the Clerk of Court the initial partial filing fee of $11.40. The balance of the $350.00 filing fee must be collected from Plaintiff's trust account in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. Payments must

1  be forwarded to the Clerk of the Court each time the amount in the account exceeds $10.00.
2  The payments must be clearly identified by the name and number assigned to this action.

3      (2)  The Director of the Arizona Department of Corrections or her designee must
4  notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional
5  institution other than the Arizona Department of Corrections, so new billing arrangements
6  may be made to collect any outstanding balance.

7      (3) The Clerk of Court must serve by mail a copy of this Order on the Director of the
8  Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

9      (4)  The Clerk of Court must serve by mail a copy of this Order on Michael Brodsky,
10 Office of the Arizona Attorney General, 1275 West Washington, Phoenix, Arizona, 85007.

11     (5) The Clerk of Court must forward a copy of this Order to Financial Administration
12 for the Phoenix Division of the United States District Court for the District of Arizona.
13 Financial Administration must set up an account to receive payments on the filing fee for this
14 action and must notify the Court when the filing fee is paid in full.

15     DATED this 20th day of October, 2006.

_____
Stephen M. McNamee
United States District Judge