**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Skinner,                             )<br>                                                    )<br>            Plaintiff,                         )<br>                                                    )<br>vs.                                                )<br>                                                    )<br>Dora Schriro, et al.,                     )<br>                                                    )<br>            Defendants.                    )<br>_____) | No. CV 06-1879-PHX-SMM (ECV)<br><br>**ORDER** |

Defendants' Motion to Dismiss Count II (Doc. #15) is now ready for the Court's consideration.

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge for Defendants' Motion to Dismiss Count II (Doc. #15). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 1st day of June, 2007.

_____
Stephen M. McNamee
United States District Judge