**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| James Skinner, | ) | No. CV 06-1879-PHX-SMM (ECV) |
| Plaintiff, | ) | |
| vs. | ) | |
| Dora Schriro, et al., | ) | |
| Defendants. | ) | |
| James Skinner, | ) | No. CV-07-1070-PHX-SMM (ECV) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| James Arnold, et al., | ) | |
| Defendants. | ) | |

Defendants' Motion to Consolidate (Doc. #55) is now ready for the Court's consideration. Defendants filed the Motion on March 10, 2008. Plaintiff has not responded to the Motion, which the Court may and does treat as a consent to the granting of the Motion. LRCiv 7.2(i). Good cause appearing,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge for Defendants' Motion to Consolidate (Doc. #55). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

1  **IT IS FURTHER ORDERED** granting Defendants' Motion to Consolidate (Doc.
2  #55).  The above-captioned cases shall be consolidated for all purposes including discovery
3  and trial.
4      DATED this 4th day of April, 2008.

_____
Stephen M. McNamee
United States District Judge